**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 233 MAL 2022

        Respondent                 :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

        v.                          :

                                     :

SCHUYLER NATHANIEL JONES,        :

                                   :

        Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.